B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Elk Grove MRI, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fka MRI Professionals of Elk Grove Village | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 36-4266334 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>901 Biesterfield Road<br>Suite 110<br>Elk Grove Village, IL       ZIPCODE 60007 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Medical | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br><br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
|---|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests: _____<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: _____ | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."  ☑ Debts are<br>primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Elk Grove MRI, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed:   **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Elk Grove MRI, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

DAVID LEIBOWITZ 1612271
Printed Name of Attorney for Debtor(s)

Lakelaw
Firm Name

420 West Clayton Street
Address

Waukegan, IL 60085

847 249 9100   dleibowitz@lakelaw.com
Telephone Number                e-mail

October 28, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

BERNARD LEONARD
Printed Name of Authorized Individual

President
Title of Authorized Individual

October 28, 2013
Date

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302TV-******

B6 Cover (Form 6 Cover) (12/07)

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re   Elk Grove MRI, Inc.                                     Case No. _____
_____                                  _____
**Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6B (Official Form 6B) (12/07)

In re   Elk Grove MRI, Inc.                                           Case No. _____
_____                                    (If known)
            Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase xxxxxx39095<br>American Chartered xxxxxx1963 | | 0.00<br>0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 10931-302Y-*****

B6B (Official Form 6B) (12/07) -- Cont.

In re   Elk Grove MRI, Inc.                                    Case No. _____
                  **Debtor**                                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable from various patients American Chartered Bank has been collecting accounts receivable per their security agreement - Aging as of 8/21/13 attached | | Indeterminate |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Lists (250 health care providers, mostly doctors) | | Indeterminate |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6B (Official Form 6B) (12/07) -- Cont.

In re    Elk Grove MRI, Inc.                                    Case No. _____
                   **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers and Data Storage Device with company's records<br>Mr. Leonard's home | | Indeterminate |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____    continuation sheets attached    **Total**    |$         0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6C (Official Form 6C) (04/13)

In re   Elk Grove MRI, Inc.                                                    Case No.  _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                               $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

08/21/2013   11:30 AM        **Collections System Summary Report By Account**                    Page 1
                              ELK GROVE OPEN MRI, INC

*Selections:*

   **Responsible Party Type:**    Guarantor only

| Account | Guarantor | Responsible Party | Agent | Date In | Col Charges |
|---|---|---|---|---|---|
| 1058 | Antos, Malgorzata | Guarantor | Rose Ann | 10/03/2012 | 136.00 |
| 6439 | Waller, Cheren H | Guarantor | Rose Ann | 05/07/2012 | 114.40 |
| 12416 | Poncin, Charles | Guarantor | Rose Ann | 06/20/2013 | 46.60 |
| 12624 | Grano, Christina | Guarantor | Rose Ann | 07/23/2013 | 65.10 |
| 12642 | Coakley, Jewel | Guarantor | Rose Ann | 03/10/2013 | 733.00 |
| 13034 | Smith, Brian | Guarantor | Rose Ann | 08/15/2013 | 1,529.00 |
| 13496 | Patel, Ramaben G. | Guarantor | Rose Ann | 02/08/2013 | 0.00 |
| 13552 | Smith, Jerimiah | Guarantor | Rose Ann | 11/05/2012 | 1,916.00 |
| 13606 | Endres, Grace G | Guarantor | Rose Ann | 04/25/2013 | 79.23 |
| 13836 | Scala, Steven | Guarantor | Rose Ann | 06/06/2012 | 87.82 |
| 13915 | Rozenkranc, Elzbieta | Guarantor | Rose Ann | 03/10/2013 | 0.00 |
| 13931 | Ray, Laura L | Guarantor | Rose Ann | 04/03/2013 | 93.52 |
| 14060 | Hernandez, Rafaela | Guarantor | Rose Ann | 08/27/2012 | 92.00 |
| 14159 | Smith, Kevin | Guarantor | Rose Ann | 09/11/2012 | 79.01 |
| 14215 | Bollmann, Susan | Guarantor | Rose Ann | 09/21/2012 | 362.00 |
| 14230 | Boone, Elizabeth | Guarantor | Rose Ann | 10/02/2012 | 7.81 |
| 14260 | Wyatt, Colleen | Guarantor | Rose Ann | 10/15/2012 | 73.30 |
| 14273 | Naper, Aaron | Guarantor | Rose Ann | 08/15/2013 | 1,916.00 |
| 14349 | Estrada, Robin | Guarantor | Rose Ann | 11/15/2012 | 320.32 |
| 14488 | Omerheic, Rukija | Guarantor | Rose Ann | 12/10/2012 | 136.00 |
| 14491 | Hahn, James J | Guarantor | Rose Ann | 03/10/2013 | 70.00 |
| 14498 | LaBarbera, Tyler | Guarantor | Rose Ann | 01/04/2013 | 123.28 |
| 14529 | Dixon, Rahim | Guarantor | Rose Ann | 01/04/2013 | 110.00 |
| 14589 | Broderick, Aaron | Guarantor | Rose Ann | 02/08/2013 | 0.00 |
| 14601 | Sheth, Usha | Guarantor | Rose Ann | 02/08/2013 | 546.42 |
| 14616 | Pasquini-Hammers, Patrici | Guarantor | Rose Ann | 02/08/2013 | 139.71 |
| 14624 | Calip, Nicholas | Guarantor | Rose Ann | 02/08/2013 | 546.60 |
| 14732 | Lowe, Donna | Guarantor | Rose Ann | 04/03/2013 | 238.00 |
| 14746 | Voss, Royal | Guarantor | Rose Ann | 04/09/2013 | 128.10 |
| 14754 | Laduke, Malanie | Guarantor | Rose Ann | 04/03/2013 | 152.80 |
| 14786 | Garcia, Lillian | Guarantor | Rose Ann | 06/20/2013 | 0.00 |
| 14789 | Dickey, Linda | Guarantor | Rose Ann | 08/15/2013 | 252.78 |
| 14794 | De Aguilar, Rosa Flores | Guarantor | Rose Ann | 06/20/2013 | 80.87 |
| 14798 | Finn, Suzette | Guarantor | Rose Ann | 07/02/2013 | 389.00 |
| 14812 | Adamczyk, Wieslawa | Guarantor | Rose Ann | 06/20/2013 | 18.30 |
| 14844 | Dill, Robert | Guarantor | Rose Ann | 06/20/2013 | 8.40 |
| 14858 | Jewell, Kristy | Guarantor | Rose Ann | 06/20/2013 | 625.00 |
| 14866 | Pizzoferrato, Roseann | Guarantor | Rose Ann | 06/20/2013 | 60.00 |
| 14870 | Cox, Jennifer | Guarantor | Rose Ann | 06/20/2013 | 202.60 |
| 14886 | Tapia, Amelia | Guarantor | Rose Ann | 06/20/2013 | 30.00 |
| 14892 | Carro, Norine | Guarantor | Rose Ann | 06/20/2013 | 415.30 |
| 14911 | Wolicki, Wladyslaw | Guarantor | Rose Ann | 06/20/2013 | 82.50 |
| 14926 | Goveia, Nancy | Guarantor | Rose Ann | 08/15/2013 | 21.04 |
| 14933 | Cahnmann, Rebecca | Guarantor | Rose Ann | 07/23/2013 | 24.50 |
| 14939 | Maietta, Vincenzo | Guarantor | Rose Ann | 07/23/2013 | 112.08 |
| 14946 | Leithliter, Tamara | Guarantor | Rose Ann | 07/23/2013 | 60.20 |
| 14955 | Tvrdy, Olha | Guarantor | Rose Ann | 07/23/2013 | 14.90 |

                                                          **Total Amount:**    12,239.49

Total Collection Items:  47

08/21/2013   11:31 AM

**Detail Aging Report By Carrier**
**ELK GROVE OPEN MRI, INC**

Page 1

*Selections:*
| | |
|---|---|
| Aged Items: | Insurance Responsible |
| Aging Method: | Responsibility Date |
| Aging Date: | 08/21/2013 |
| Thru Post Date: | 08/21/2013 |
| Categories: | 1,2,3,4,5 |
| Skip if Payment Since: | 08/16/2013 |
| Report Sorts: | Carrier |
| Skip if no Aging data: | NO |

### AET - Aetna

| Carrier    Account<br>Claim Member ID    Current Resp | Patient<br>Provider/Encounter   Diagnosis | Procedure<br>Units  / Stat | Chg Amt | Ins 1- Dt Billed<br>Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|
| Totals for Carrier AET: | BALANCE:-1,663.94 | Ins. UC: 1,262.50 | | OVERPD: 401.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

08/21/2013  11:31 AM

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

Page 2

### BC/BS - BlueCross Blue Shield

| Carrier   Account | Patient | | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp | Provider/ Encounter | Diagnosis | Units  / Stat | Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| 12915 | | Danko, Terrance | 72148 | 1,716.00 | BC/B01 - 07/30/2013 | 1,716.00 | | | | |
| HPNXZ4217398 | BC/B01 - 07/30/13 | FER / 19488 | 724.02 | 1.00 / I | | | | | | |
| 14850 | | Conforti, Carol | 72195 | 1,900.00 | MED08 - 04/30/2013 | | | | 86.67 | |
| XOS850826292 | BC/B01 - 05/15/13 | LLD / 23076 | 786.50 | 1.00 / IR | BC/B01 - 05/15/2013 | | | | | |
| 14935 | | Feest, Michael | 73721 | 1,529.00 | MED08 - 06/10/2013 | | 59.86 | | | |
| UDC920270626 | BC/B01 - 07/09/13 | LLD / 23227 | 719.47 | 1.00 / IR | BC/B01 - 07/09/2013 | | | | | |
| 14938 | | Baker, Delana (Gail) | 73718-RT | 1,550.00 | BC/B01 - 06/11/2013 | | | 1,550.00 | | |
| MYO0125981A | BC/B01 - 06/11/13 | LLD / 23232 | 719.47 | 1.00 / I | | | | | | |
| **Totals for Carrier BC/BS:** | | **BALANCE: -4,454.62** | | **Ins. UC: 6,386.60** | **OVERPD: 1,480.55** | **1,716.00** | **59.86** | **1,550.00** | **86.67** | **0.00** |

08/21/2013  11:31 AM

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

Page 3

## CIG - Cigna

| Carrier   Account | Patient | Procedure | Chg Amt | Ins 1 - Dt Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp   Provider/ Encounter   Diagnosis | | Units / Stat | Ins 2 - Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| 14100 | Loftus, Beverly | 7321-RT | 1,529.00 | MED08 - 08/01/2012 | | | | | 85.79 |
| U03577359 | CIG07 - 10/31/12   LLD / 21682 | 719.46 | 1.00 / IR | CIG07 - 10/31/2012 | | | | | |
| | BALANCE:-5,081.14 | Ins. UC: 2,515.00 | | OVERPD: 2,631.93 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Totals for Carrier CIG: | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 85.79 |

08/21/2013  11:31 AM

## Detail Aging Report By Carrier
### ELK GROVE OPEN MRI, INC

### COM - COMMERCIAL

| Carrier  Account / Claim Member ID | Patient / Current Resp  Provider/Encounter | Diagnosis | Procedure Units / Stat | Chg Amt | Ins 1- Dt Billed / Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 13472 | Grillo, Nadia | | 73221-LT | 1,548.00 | MED08 - 01/10/2013 | | | | | 59.86 |
| 069209490=-11 | COM0Q - 02/28/13 | LLD / 22651 | 719.41 | 1.00 / IR | COM0Q - 02/28/2013 | | | | | |
| 13472 | Grillo, Nadia | | 72141 | 1,905.00 | MED08 - 02/04/2013 | | | | | 81.92 |
| 069209490=-11 | COM0Q - 02/28/13 | LLD / 22776 | 723.1 | 1.00 / IR | COM0Q - 02/28/2013 | | | | | |
| 14607 | Packer, Barbara H | | 72148 | 1,916.00 | MED08 - 01/10/2013 | | | | | 80.87 |
| 327372540-11 | COM0Q - 02/28/13 | LLD / 22603 | 724.2 | 1.00 / IR | COM0Q - 02/28/2013 | | | | | |
| 14648 | Nudo, Anthony | | 73718-LT | 1,550.00 | MED08 - 01/21/2013 | | | | | 85.33 |
| 329240259-11 | COM0Q - 02/28/13 | LLD / 22700 | 729.5 | 1.00 / IR | COM0Q - 02/28/2013 | | | | | |
| 14736 | Bauer, Elaine | | 73721 | 1,529.00 | MED08 - 02/27/2013 | | | | | 59.86 |
| 33141477112 | COM0Q - 03/13/13 | LLD / 22852 | 719.46 | 1.00 / IR | COM0Q - 03/13/2013 | | | | | |
| 14644 | Johnson, Bruce K | | 70551 | 2,009.00 | MED08 - 01/23/2013 | | | | | 86.59 |
| 472369527 | COM0U - 03/18/13 | LLD / 22693 | 780.4 | 1.00 / IR | UHC0I - 02/28/2013 | | | | | |
| 14879 | Ranallo, Elsa | | A9579 | 144.00 | MED08 - 05/15/2013 | | | | 8.14 | |
| 816945050 | COM0Y - 06/04/13 | LLD / 23122 | 780.4 | 20.00 / IR | COM0Y - 06/04/2013 | | | | | |
| 14879 | Ranallo, Elsa | | 70553 | 2,934.00 | MED08 - 05/15/2013 | | | 120.93 | | |
| 816945050 | COM0Y - 06/04/13 | LLD / 23122 | 780.4 | 1.00 / IR | COM0Y - 06/04/2013 | | | | | |
| 14874 | Fatigato, Kathleen A | | 72148 | 1,916.00 | MED08 - 05/08/2013 | 87.34 | | | | |
| 95142199 | COM11 - 08/09/13 | LLD / 23117 | 724.2 | 1.00 / IT | COM11 - 08/09/2013 | | | | | |
| 14874 | Fatigato, Kathleen A | | 73721 | 1,529.00 | MED08 - 05/08/2013 | 167.75 | | | | |
| 95142199 | COM11 - 08/09/13 | LLD / 23118 | 724.2 | 1.00 / IT | COM11 - 08/09/2013 | | | | | |
| 14916 | Minneci, Marilyn | | 72158 | 2,741.00 | MED08 - 06/10/2013 | | 118.57 | | | |
| 711292-99 | COM11 - 07/09/13 | LLD / 23196 | 724.2 | 1.00 / IT | COM11 - 07/09/2013 | | | | | |
| 14528 | Hampel, Betty B | | 70543 | 2,916.00 | MED08 - 01/10/2013 | | | | | 120.96 |
| 0655545747 | COM1L - 02/28/13 | LLD / 22456 | 780.4 | 1.00 / IR | COM1L - 02/28/2013 | | | | | |
| 14528 | Hampel, Betty B | | 70553 | 2,934.00 | MED08 - 01/10/2013 | | | | | 120.93 |
| 0655545747 | COM1L - 02/28/13 | LLD / 22457 | 780.4 | 1.00 / IR | COM1L - 02/28/2013 | | | | | |
| 5745 | Dalton, Mollie | | 73718-LT | 1,550.00 | COM2B - 03/29/2013 | | | | | 129.14 |
| 887605556C | COM2B - 03/29/13 | LLD / 22972 | 729.5 | 1.00 / I | | | | | | |
| 14730 | Danylyszyn, Anna | | 73221-LT | 1,548.00 | MED08 - 03/04/2013 | | | | | 59.86 |
| Y14245879 | COM3B - 04/01/13 | LLD / 22835 | 719.43 | 1.00 / IR | COM3B - 04/01/2013 | | | | | |
| 4542 | Bloemke, Richard | | 73221-LT | 1,548.00 | MED08 - 01/31/2013 | | | | | 95.93 |
| XOH848170708 | COM46 - 03/13/13 | LLD / 22761 | 719.41 | 1.00 / IR | COM46 - 03/13/2013 | | | | | |
| 14819 | Hall, Adriana | | 70553 | 2,934.00 | COM46 - 04/18/2013 | | | | | 2,934.00 |
| XOH841373927 | COM46 - 04/18/13 | LLD / 23035 | 784.0 | 1.00 / I | | | | | | |
| 14828 | Wogelius, Jane | | 72148 | 1,916.00 | COM46 - 04/18/2013 | | | | | 1,916.00 |
| K04313119 | COM46 - 04/18/13 | LLD / 23031 | 724.2 | 1.00 / I | | | | | | |
| 14835 | Shoemaker, Jane | | 70553 | 2,934.00 | COM46 - 07/16/2013 | | 2,934.00 | | | |
| K047130825 | COM46 - 07/16/13 | LLD / 23046 | 784.0 | 1.00 / I | | | | | | |
| 14530 | Helmuth, Vera M | | 70553 | 2,934.00 | MED08 - 12/10/2012 | | | | | 81.95 |
| 88013125D | COM4G - 03/01/13 | LLD / 22441 | 780.4 | 1.00 / IR | COM4G - 03/01/2013 | | | | | |
| 14530 | Helmuth, Vera M | | 70543 | 2,916.00 | MED08 - 12/10/2012 | | | | | 129.15 |
| 88013125D | COM4G - 03/01/13 | LLD / 22442 | 388.30 | 1.00 / IR | COM4G - 03/01/2013 | | | | | |

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 5

## COM - COMMERCIAL

| Carrier  Account Claim/Member ID | Patient Current Resp. | Provider/Encounter | Procedure Diagnosis | Chg Amt Units. / Stat | Ins 1- Dt Billed Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 14765 | | Mills, Audra | | | | | | | | |
| 395788920 | COM4J - 03/14/13 | LLD / 22908 | 7322I-RT 719.41 | 1,548.00 1.00 / I | COM4J - 03/14/2013 | | | | | 1,548.00 |
| | | | | | | | | | | |
| Totals for Carrier COM: | BALANCE:9,830.84 | | Ins. UC: 874.29 | OVERPD: 321.95 | | 255.09 | 3,052.57 | 129.07 | 0.00 | 7,590.35 |

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 6

## HUMA - HUMANA PLANS

| Carrier  Account | Patient | Procedure | Chg Amt | Ins 1 - Dt Billed | | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| Claim Member ID | Current Resp. | Provider/Encounter   Diagnosis | Units / Stat | Ins 2 - Dt Billed | | | | | | |
| | BALANCE:-1,575.89 | Ins. UC: 1,575.89 | OVERPD: 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals for Carrier HUMA: | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Detail Aging Report By Carrier
## ELK GROVE OPEN MRI, INC

### IDPA - Department Of Public Aid

| Carrier Account / Claim Member ID | Patient / Current Resp  Provider/Encounter | Procedure / Diagnosis | Chg Amt / Units / Stat | Ins 1- Dt Billed / Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|
| 11682 | Carney, Paul Jr. | 70553 | 2,934.00 | IDPA01 - 03/10/2013 | | | | | 296.60 |
| 173937798 | IDPA01 - 03/10/13      LLD / 22875 | 784.0 | 1.00 / I | | | | | | |
| 12415 | Huerta, Sheila | 73721 | 296.60 | IDPA01 - 02/27/2013 | | | | | 296.60 |
| 084701770 | IDPA01 - 02/27/13      LLD / 22855 | 719.46 | 1.00 / I | | | | | | |
| 13015 | Huerta, Alberto | 72148 | 296.60 | IDPA01 - 09/26/2011 | | | | | 296.60 |
| 215008558 | IDPA01 - 09/26/11      LLD / 19619 | 724.2 | 1.00 / I | | | | | | |
| 13586 | Altergott, Brandon | 73221-RT | 296.60 | IDPA01 - 04/03/2012 | | | | | 296.60 |
| 163583594 | IDPA01 - 04/03/12      LLD / 20733 | 719.42 | 1.00 / I | | | | | | |
| 13645 | Doyle, Patrice | 72148 | 296.60 | IDPA01 - 03/22/2012 | | | | | 296.60 |
| 028534444 | IDPA01 - 03/22/12      LLD / 20813 | 724.2 | 1.00 / I | | | | | | |
| 13645 | Doyle, Patrice | 72141 | 296.60 | IDPA01 - 03/22/2012 | | | | | 296.60 |
| 028534444 | IDPA01 - 03/22/12      LLD / 20814 | 723.1 | 1.00 / I | | | | | | |
| 13853 | Pallas, Julie | 73721-RT | 296.60 | IDPA01 - 03/19/2013 | | | | | 296.60 |
| 147649537 | IDPA01 - 03/19/13      LLD / 22940 | 719.47 | 1.00 / I | | | | | | |
| 13879 | Tomasiak, Natalia | 72148 | 296.60 | IDPA01 - 06/11/2012 | | | | | 296.60 |
| 171714793 | IDPA01 - 06/11/12      LLD / 21301 | 724.2 | 1.00 / I | | | | | | |
| 13879 | Tomasiak, Natalia | 73721-LT | 296.60 | IDPA01 - 06/11/2012 | | | | | 296.60 |
| 171714793 | IDPA01 - 06/11/12      LLD / 21350 | 719.46 | 1.00 / I | | | | | | |
| 13991 | Ward, Patrick K | 73221-LT | 296.60 | IDPA01 - 07/03/2012 | | | | | 296.60 |
| 189723786 | IDPA01 - 07/03/12      LLD / 21460 | 719.43 | 1.00 / I | | | | | | |
| 13996 | Patel, Govindbhai | 73221-LT | 296.60 | IDPA01 - 07/03/2012 | | | | | 296.60 |
| 197351513 | IDPA01 - 07/03/12      LLD / 21489 | 719.41 | 1.00 / I | | | | | | |
| 14144 | Napuhiewicz, Kalina | 72141 | 296.60 | IDPA01 - 08/15/2012 | | | | | 296.60 |
| 199248303 | IDPA01 - 08/15/12      LLD / 21762 | 723.1 | 1.00 / I | | | | | | |
| 14146 | Estrada, Crystal Martha Hern | 73718-RT | 296.60 | IDPA01 - 08/15/2012 | | | | | 296.60 |
| 187348255 | IDPA01 - 08/15/12      LLD / 21768 | 719.47 | 1.00 / I | | | | | | |
| 14251 | Martinez, Antonia | 72148 | 296.60 | IDPA01 - 10/03/2012 | | | | | 296.60 |
| 168729473 | IDPA01 - 10/03/12      LLD / 21942 | 724.2 | 1.00 / I | | | | | | |
| 14252 | Patel, Reva M. | 70551 | 296.60 | IDPA01 - 09/17/2012 | | | | | 296.60 |
| 211666847 | IDPA01 - 09/17/12      LLD / 21949 | 784.0 | 1.00 / I | | | | | | |
| 14269 | Gundersen, Gabrielle | 72148 | 296.60 | IDPA01 - 10/04/2012 | | | | | 296.60 |
| 219738457 | IDPA01 - 10/04/12      LLD / 21982 | 724.2 | 1.00 / I | | | | | | |
| 14269 | Gundersen, Gabrielle | 72146 | 296.60 | IDPA01 - 09/26/2012 | | | | | 296.60 |
| 219738457 | IDPA01 - 09/26/12      LLD / 22006 | 724.1 | 1.00 / I | | | | | | |
| 14278 | Adkins, Jolynn | 72148 | 1,916.00 | IDPA01 - 11/19/2012 | | | | | 296.60 |
| 170909139 | IDPA01 - 11/19/12      LLD / 22352 | 724.2 | 1.00 / I | | | | | | |
| 14303 | Patel, Anandiben K. | 70551 | 296.60 | IDPA01 - 10/08/2012 | | | | | 296.60 |
| 214595423 | IDPA01 - 10/08/12      LLD / 22054 | 290.0 | 1.00 / I | | | | | | |
| 14460 | DiGioia, Jacalucia | 73721-RT | 296.60 | IDPA01 - 11/15/2012 | | | | | 296.60 |
| 097466031 | IDPA01 - 11/15/12      LLD / 22326 | 719.46 | 1.00 / I | | | | | | |
| 14472 | Javier, Sotenia | 72148 | 296.60 | IDPA01 - 11/19/2012 | | | | | 296.60 |
| 148716087 | IDPA01 - 11/19/12      LLD / 22350 | 724.2 | 1.00 / I | | | | | | |

08/21/2013  11:31 AM

## Detail Aging Report By Carrier
### ELK GROVE OPEN MRI, INC

### IDPA - Department Of Public Aid

| Carrier Account / Claim Member ID | Patient / Provider/Encounter | Procedure / Diagnosis | Chg Amt / Units / Stat | Ins 1- Dt Billed / Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|
| 14482 | Suslow, Nicolette | 70551 | 2,009.00 | IDPA01 - 11/19/2012 | | | | | 296.60 |
| 181469263  IDPA01 - 11/19/12  LLD / 22367 | | 784.0 | 1.00 / I | | | | | | |
| 14501 | Lechowicz, Jessica | 73721-RT | 296.60 | IDPA01 - 11/27/2012 | | | | | 296.60 |
| 170971394  IDPA01 - 11/27/12  LLD / 22402 | | 719.46 | 1.00 / I | | | | | | |
| 14548 | Stastny, Christopher | 72148 | 296.60 | IDPA01 - 12/17/2012 | | | | | 296.60 |
| 197478779  IDPA01 - 12/17/12  LLD / 22490 | | 724.2 | 1.00 / I | | | | | | |
| 14630 | Kim, Sunghan | 72141 | 296.60 | IDPA01 - 01/16/2013 | | | | | 296.60 |
| 205833551  IDPA01 - 01/16/13  FER / 22671 | | 723.1 | 1.00 / I | | | | | | |
| 14665 | Lichon, Gabryiele | 73721 | 296.60 | IDPA01 - 01/29/2013 | | | | | 296.60 |
| 9411422223795  IDPA01 - 01/29/13  LLD / 22732 | | 719.47 | 1.00 / I | | | | | | |
| 14758 | Butler, Reshema | 72148 | 1,916.00 | IDPA01 - 03/10/2013 | | | | | 296.60 |
| 196245294  IDPA01 - 03/10/13  LLD / 22894 | | 724.2 | 1.00 / I | | | | | | |
| 14859 | Tiedemann, Laura | 73721-LT | 1,529.00 | MED08 - 04/30/2013 | | | | 59.86 | |
| 188947154  IDPA01 - 05/13/13  LLD / 23089 | | 719.47 | 1.00 / IF | IDPA01 - 05/13/2013 | | | | | |
| 14859 | Tiedemann, Laura | 73718-LT59 | 1,550.00 | MED08 - 04/30/2013 | | | | 85.33 | |
| 188947154  IDPA01 - 05/13/13  LLD / 23090 | | 719.47 | 1.00 / IF | IDPA01 - 05/13/2013 | | | | | |
| 14880 | Nushardt, David | 70553 | 2,934.00 | MED08 - 05/28/2013 | | | 120.93 | | |
| 102967676  IDPA01 - 06/10/13  LLD / 23182 | | 780.4 | 1.00 / IF | IDPA01 - 06/10/2013 | | | | | |
| 14891 | Zakreta, Anna | 72148 | 288.60 | IDPA01 - 05/30/2013 | | | 288.60 | | |
| 200981538  IDPA01 - 05/30/13  LLD / 23148 | | 724.2 | 1.00 / I | | | | | | |
| 14908 | Bhatti, Asia | 73721-RT | 288.60 | IDPA01 - 05/29/2013 | | | 288.60 | | |
| 166387639  IDPA01 - 05/29/13  LLD / 23190 | | 719.47 | 1.00 / I | | | | | | |
| 12437 | Qureshi, Azra | 72148 | 296.60 | IDPA03 - 01/22/2013 | | | | | 296.60 |
| 184604080  IDPA03 - 01/22/13  LLD / 20221 | | 724.2 | 1.00 / I | | | | | | |
| 13794 | Dobrowolska, Krystyna | 72141 | 296.60 | IDPA03 - 01/22/2013 | | | | | 296.60 |
| 191566322  IDPA03 - 01/22/13  LLD / 21077 | | 723.1 | 1.00 / I | | | | | | |
| 13794 | Dobrowolska, Krystyna | 72148 | 296.60 | IDPA03 - 01/22/2013 | | | | | 296.60 |
| 191566322  IDPA03 - 01/22/13  LLD / 21079 | | 724.2 | 1.00 / I | | | | | | |
| 13794 | Dobrowolska, Krystyna | 72146 | 296.60 | IDPA03 - 01/22/2013 | | | | | 296.60 |
| 191566322  IDPA03 - 01/22/13  LLD / 21078 | | 724.1 | 1.00 / I | | | | | | |
| 13946 | Quddus, Sr, Mohammad A | 72148 | 296.60 | IDPA03 - 01/21/2013 | | | | | 296.60 |
| 188566681  IDPA03 - 01/21/13  LLD / 21407 | | 724.2 | 1.00 / I | | | | | | |
| 13946 | Quddus, Sr, Mohammad A | 70551 | 296.60 | IDPA03 - 01/21/2013 | | | | | 296.60 |
| 188566681  IDPA03 - 01/21/13  LLD / 21648 | | 386.10 | 1.00 / I | | | | | | |
| 14756 | Ilyukhina, Yadviha | 70551 | 296.60 | IDPA03 - 03/10/2013 | | | | | 296.60 |
| 210785481  IDPA03 - 03/10/13  LLD / 22891 | | 784.0 | 1.00 / I | | | | | | |

| Totals for Carrier IDPA: | BALANCE: 9,471.98 | Ins. UC: 0.00 | OVERPD: 1,455.74 | 0.00 | 0.00 | 698.13 | 145.19 | 10,084.40 |
|---|---|---|---|---|---|---|---|---|

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 9

## KEYH - Key Health

| Carrier  Account | Patient | Procedure | Chg Amt | Ins 1 - Dt Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp. | Provider/ Encounter  Diagnosis | Units / Stat | Ins 2 - Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| | BALANCE:-1,257.42 | Ins. UC: 0.00 | OVERPD: 1,257.42 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals for Carrier KEYH: | | | | | | | | | |

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 10

## MDM - MidWest Diagnostic Medical

| Carrier Account | Patient | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp | Provider/Encounter Diagnosis | Units /Stat | Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| | BALANCE:-3,615.00 | Ins. UC: 1,350.00 | OVERPD: 2,265.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals for Carrier MDM: | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

## MED - Medicare

| Carrier Account / Claim Member ID | Patient / Current Resp | Provider/ Encounter | Procedure / Diagnosis | Chg Amt / Units / Stat | Ins 1- Dt Billed / Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 14638 | | Karch Jr, Joseph | 72148 | 1,916.00 | MED08 - 08/09/2013 | 1,916.00 | | | | |
| 356288714A | MED08 - 08/09/13 | LLD / 22686 | 724.2 | 1.00 / I | BC/B01 | | | | | |
| 14764 | | Reding, Phyllis | 73721-LT | 1,529.00 | BC/B01 - 03/12/2013 | 73.30 | | | | |
| 355263665A | MED08 | LLD / 22904 | 719.47 | 1.00 / IT | MED08 | | | | | |
| 14764 | | Reding, Phyllis | 73718-RT59 | 1,550.00 | BC/B01 - 03/12/2013 | 140.80 | | | | |
| 355263665A | MED08 | LLD / 22905 | 719.47 | 1.00 / IT | MED08 | | | | | |
| 14890 | | Pilipiak, Jerzy | 72148 | 1,916.00 | MED08 - 05/20/2013 | | | | 87.34 | |
| 349661489A | MED08 - 05/20/13 | LLD / 23145 | 724.2 | 1.00 / I | COM0Q | | | | | |
| 14627 | | Smith, Constance P | 70551 | 2,009.00 | MED0B - 03/19/2013 | | | | | 2,009.00 |
| 90537602400 | MED0B - 03/19/13 | LLD / 22675 | 780.4 | 1.00 / I | IDPA01 | | | | | |
| 14643 | | Thomas, Dale B | 73721-LT | 1,529.00 | MED0E - 05/08/2013 | | | | 1,529.00 | |
| 3289146114 | MED0E - 05/08/13 | FER / 22694 | 719.46 | 1.00 / I | IDPA01 | | | | | |
| 14937 | | Degante, Raul | 72141 | 1,905.00 | MED0F - 06/10/2013 | | | 1,905.00 | | |
| 20001953276 | MED0F - 06/10/13 | LLD / 23229 | 723.1 | 1.00 / I | | | | | | |
| **Totals for Carrier MED:** | | **BALANCE: 7,212.90** | **Ins. UC: 267.79** | | **OVERPD: 179.75** | 2,130.10 | 0.00 | 1,905.00 | 1,616.34 | 2,009.00 |

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

## MEDPAY - MEDPAY

| Carrier   Account Claim Member ID | Patient Current Resp | Provider/Encounter | Procedure Diagnosis | Chg Amt Units / Stat | Ins 1- Dt Billed Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 10641 | | Hamm, Dianne | 73721-LT | 460.00 | MEDP07 - 08/07/2013 | 460.00 | | | | |
| 102284181113 | MEDP07 - 08/07/13 | LLD / 23060 | 719.46 | 1.00 / I | | | | | | |
| 14679 | | Lain, George | 72141 | 1,905.00 | MEDP1E - 02/05/2013 | | | | | 1,905.00 |
| 1315T2515 | MEDP1E - 02/06/13 | LLD / 22748 | 723.1 | 1.00 / I | | | | | | |
| 14679 | | Lain, George | 72148 | 1,916.00 | MEDP1E - 02/06/2013 | | | | | 1,916.00 |
| 1315T2515 | MEDP1E - 02/06/13 | LLD / 22785 | 724.2 | 1.00 / I | | | | | | |
| 1215 | | Neill, Dennis C | 72141 | 1,905.00 | MEDP1J - 06/10/2013 | | | 1,905.00 | | |
| 13-284K-501 | MEDP1J - 06/10/13 | LLD / 23230 | 723.1 | 1.00 / I | | | | | | |
| **Totals for Carrier MEDPAY:** | | **BALANCE: 5,886.00** | | **Ins. UC: 200.00** | **OVERPD: 100.00** | 460.00 | 0.00 | 1,905.00 | 0.00 | 3,821.00 |

08/21/2013  11:31 AM

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

## MEDSOL - MedSolutions

| Carrier Account / Claim Member ID | Patient / Current Resp | Provider/Encounter Diagnosis | Procedure | Chg Amt Units / Stat | Ins 1- Dt Billed / Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 9978 | King, Robert | 73721-RT | 460.00 | MEDSOL - 05/08/2013 | | | | 460.00 | |
| U0336559501 | MEDSOL - 05/08/1 | LLD / 23100 | 719.46 | 1.00 / I | | | | | | |
| 10988 | Miceli, Maria | 72141 | 460.00 | MEDSOL - 07/30/2012 | | | | | 460.00 |
| U34613946 | MEDSOL - 07/30/1 | FER / 21567 | 723.1 | 1.00 / I | | | | | | |
| 10988 | Miceli, Maria | 72148 | 460.00 | MEDSOL - 07/30/2012 | | | | | 460.00 |
| U34613946 | MEDSOL - 07/30/1 | FER / 21568 | 724.2 | 1.00 / I | | | | | | |
| 12620 | Lawlor, John | 73221-RT | 460.00 | MEDSOL - 05/08/2013 | | | | 320.56 | |
| 101320393 | MEDSOL - 05/08/1 | LLD / 23092 | 719.42 | 1.00 / I | | | | | | |
| 14119 | Khan, Hasan | 73221-RT | 1,548.00 | MEDSOL - 08/09/2012 | | | | | 460.00 |
| U3018618201 | MEDSOL - 08/09/1 | FER / 21718 | 719.41 | 1.00 / I | | | | | | |
| 14285 | Olson, John | 72148 | 460.00 | MEDSOL - 10/04/2012 | | | | | 460.00 |
| U40937173 | MEDSOL - 10/04/1 | LLD / 22018 | 724.2 | 1.00 / I | | | | | | |
| 14423 | Pignato, Diane | 73721-RT | 460.00 | MEDSOL - 02/13/2013 | | | | | 414.00 |
| U07146683 | MEDSOL - 02/13/1 | LLD / 22789 | 719.47 | 1.00 / I | | | | | | |
| 14450 | DeMay, Susan | 73221-LT | 460.00 | MEDSOL - 11/13/2012 | | | | | 460.00 |
| U03602339 | MEDSOL - 11/13/1 | LLD / 22308 | 729.5 | 1.00 / I | | | | | | |
| 14544 | Moore, Rebecca | 73721-RT | 1,529.00 | BC/B01 - 12/12/2012 | | | | | 109.95 |
| U3113848403 | MEDSOL - 01/21/1 | LLD / 22479 | 719.46 | 1.00 / IR | MEDSOL - 01/21/2013 | | | | | |
| 14579 | Filipp, Sandra | 73718-RT | 460.00 | MEDSOL - 12/28/2012 | | | | | 279.00 |
| U03527004 | MEDSOL - 12/28/1 | LLD / 22548 | 719.47 | 1.00 / I | | | | | | |
| 14595 | Delapaz, Mario | 73721-RT | 460.00 | MEDSOL - 01/10/2013 | | | | | 10.00 |
| U3850743901 | MEDSOL - 01/10/1 | LLD / 22626 | 719.46 | 1.00 / I | | | | | | |

| Totals for Carrier MEDSOL: | BALANCE: 1,815.67 | | Ins. UC: 1,736.72 | OVERPD: 341.12 | 0.00 | 0.00 | 0.00 | 780.56 | 3,112.95 |
|---|---|---|---|---|---|---|---|---|---|

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 14

## NIA - NIA

| Carrier  Account | Patient | Procedure | Chg Amt | Ins 1 - Dt. Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp. | Provider/Encounter  Diagnosis | Units / Stat | Ins 2 - Dt. Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| | BALANCE: -1,001.17 | Ins. UC: 690.00 | OVERPD: 311.17 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals for Carrier NIA: | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

08/21/2013  11:31 AM

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

Page 15

## OCM - One Call Medical

| Carrier  Account | | Patient | | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim  Member ID | Current Resp | Provider/ Encounter | Diagnosis | | Units / Stat | Ins 2- Dt Billed | Current | 31 – 60 | 61 – 90 | 91 – 120 | 121 + | |
| 14761 | | Glessinger, Joseph | | 73721-LT | 1,529.00 | OCM01 - 05/21/2013 | | | | 477.78 | | |
| OMC354547847 | OCM01 - 05/21/13 | LLD / 22899 | 719.47 | | 1.00 / I | | | | | | | |
| | BALANCE:472.82 | | Ins. UC: 0.00 | | OVERPD:4.96 | | 0.00 | 0.00 | 0.00 | 477.78 | 0.00 | |
| **Totals for Carrier OCM:** | | | | | | | 0.00 | 0.00 | 0.00 | 477.78 | 0.00 | |

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 16

PHCS - PHCSFOR

| Carrier   Account | Patient | Procedure | Chg Amt | Ins 1 - Dt Billed | | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp. | Provider/Encounter   Diagnosis | Units  / Stat | Ins 2 - Dt Billed | | | | | | |
| Totals for Carrier PHCS: | BALANCE:-805.80 | | Ins. UC: 693.40 | OVERPD: 112.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

08/21/2013  11:31 AM

## Detail Aging Report By Carrier
### ELK GROVE OPEN MRI, INC

### PI - Personal Injury Cases

| Carrier Account Claim Member ID | Patient Current Resp Provider/Encounter | Procedure Diagnosis | Chg Amt Units / Stat | Ins 1- Dt Billed Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|
| 10819 | Szczygielski, Beth | 72148 | 1,916.00 | PI0M - 08/24/2010 | | | | | 538.09 |
| 0149686247 | PI0M - 08/24/10   GK / 15668 | 724.2 | 1.00 / I | | | | | | |
| 913 | Payne, Darryl | 73221 | 1,400.00 | PI0V - 10/13/2004 | | | | | 1,400.00 |
| 327704452 | PI0V - 10/13/04   LLD / 1050 | 719.41 | 1.00 / I | | | | | | |
| 14817 | Carrillo, Brenda | 73721-LT | 1,529.00 | PI20 - 06/17/2013 | | | 1,529.00 | | |
| 999999999 | PI20 - 06/17/13   LLD / 23033 | 719.47 | 1.00 / I | | | | | | |
| 14315 | Eidimtas, Marius | 72148 | 325.00 | PI2L - 01/28/2013 | | | | | 1,900.00 |
| 0257971614ETH | PI2L - 01/28/13   LLD / 22167 | 724.2 | 1.00 / I | | | | | | |
| 6736 | Sullivan, Catherine | 72146 | 2,021.00 | BC/B01 - 12/20/2012 | | | | | 2,021.00 |
| 1060043756 | PI2M - 04/16/13   LLD / 22535 | 724.1 | 1.00 / IT | PI2M - 04/16/2013 | | | | | |
| 14272 | Aronov, Alina | 73721-RT | 1,529.00 | BC/B01 - 10/04/2012 | | | 1,008.07 | | |
| 999999999 | PI2N - 05/28/13   LLD / 22001 | 719.47 | 1.00 / IR | PI2N - 05/28/2013 | | | | | |
| **Totals for Carrier PI:** | **BALANCE:6,467.34** | | **Ins. UC: 1,428.82** | **OVERPD: 500.00** | 0.00 | 0.00 | 2,537.07 | 0.00 | 5,859.09 |

08/21/2013 11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 18

## SP - SELF PAY

| Carrier Account Claim Member ID | Patient Current Resp | Provider/Encounter | Procedure Diagnosis | Chg Amt Units / Stat | Ins 1- Dt Billed Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 14884 | Marshall, Mary | | 73718-RT | 325.00 | SP01 - 05/15/2013 | | | | 162.50 | |
| 325.00 | SP01 - 05/15/13 | LLD / 23135 | 719.44 | 1.00 / I | | 0.00 | 0.00 | 0.00 | 162.50 | 0.00 |
| Totals for Carrier SP: | | BALANCE:-132.50 | Ins_UC: 0.00 | OVERPD: 295.00 | | 0.00 | 0.00 | 0.00 | 162.50 | 0.00 |

08/21/2013  11:31 AM

## Detail Aging Report By Carrier
### ELK GROVE OPEN MRI, INC

Page 19

### UHC - United Health Care

| Carrier   Account | Patient | | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp | Provider/ Encounter | Diagnosis | Units  / Stat | Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| 2807 | | Pusateri, Anthony | 72148 | 1,916.00 | UHC01 - 07/25/2013 | 1,916.00 | | | | |
| 982304864 | UHC01 - 07/25/13 | LLD / 23107 | 724.2 | 1.00 / I | | | | | | 85.33 |
| 14608 | | McBride, Betty E | 73718 | 1,550.00 | MED08 - 01/07/2013 | | | | | |
| 9118772604 | UHC01 - 02/28/13 | LLD / 22605 | 719.47 | 1.00 / IR | UHC01 - 02/28/2013 | | | | | 2,934.00 |
| 14649 | | Kirchner, Judith | 70553 | 2,934.00 | UHC01 - 01/29/2013 | | | | | |
| 830043269 | UHC01 - 01/29/13 | LLD / 22701 | 784.0 | 1.00 / I | | | | 60.31 | | |
| 14816 | | Kronika, Jessica | 72148 | 1,916.00 | UHC01 - 06/10/2013 | | | | | |
| 932106036 | UHC01 - 06/10/13 | LLD / 23032 | 724.2 | 1.00 / I | | | | 60.31 | | |
| 14904 | | Kapetanakis, George | 72148 | 1,916.00 | UHC0L - 05/23/2013 | | | | | |
| 828051707 | UHC0L - 05/23/13 | LLD / 23168 | 724.2 | 1.00 / I | | | | 1,625.00 | | |
| 14686 | | Jacher, Dariusz | 73221-LT | 325.00 | UHC10 - 06/10/2013 | | | | | |
| 057900035 | UHC10 - 06/10/13 | LLD / 22906 | 719.41 | 1.00 / I | | | | | | |
| **Totals for Carrier UHC:** | | **BALANCE:5,551.66** | | **Ins. UC: 1,129.29** | **OVERPD: 0.00** | 1,916.00 | 0.00 | 1,745.62 | 0.00 | 3,019.33 |

08/21/2013  11:31 AM

**Detail Aging Report By Carrier**
ELK GROVE OPEN MRI, INC

## UNI - UNICARE

| Carrier  Account | Patient | Procedure | Chg Amt | Ins 1- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
|---|---|---|---|---|---|---|---|---|---|
| Claim  Member ID | Current Resp. | Provider/Encounter  Diagnosis | Units  / Stat | Ins 2- Dt Billed | | | | | |
| Totals for Carrier UNI: | BALANCE:-2,722.22 | | Ins. UC: 2,722.22 | OVERPD: 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

08/21/2013  11:31 AM

Detail Aging Report By Carrier
ELK GROVE OPEN MRI, INC

Page 21

UNIFI - UNIFIED PHYSICIANS NETWORK

| Carrier   Account | Patient | | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp | Provider/ Encounter | Diagnosis | Units / Stat | Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| | BALANCE: -867.43 | Ins. UC: 0.00 | | OVERPD: 867.43 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals for Carrier UNIFI: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Detail Aging Report By Carrier
### ELK GROVE OPEN MRI, INC

### W.C. - Work Comp

| Carrier  Account | Patient | | Procedure | Chg Amt | Ins 1- Dt Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Member ID | Current Resp | Provider/Encounter | Diagnosis | Units  / Stat | Ins 2- Dt Billed | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 + |
| 11914 | | Okanovic, Hajrudin | 73721-RT | 1,529.00 | W.C.01 - 04/16/2013 | | | | | 477.78 |
| 003473000764WC01 | W.C.01 - 04/16/13 | LLD / 23009 | 719.47 | 1.00 / I | | | | | | |
| 12820 | | Passeri, Richard | 73221-RT | 1,548.00 | W.C.4P - 08/01/2011 | | | | | 1,548.00 |
| 1144885 | W.C.4P - 08/01/11 | GK / 19254 | 719.41 | 1.00 / I | | | | | | |
| 14905 | | Navarro, Antonio | 73221-LT | 1,548.00 | W.C.5B - 05/28/2013 | | | 1,548.00 | | |
| 016777-215489 | W.C.5B - 05/28/13 | LLD / 23175 | 719.41 | 1.00 / I | | | | | | |
| 14091 | | Mertes, Paulette | 72158 | 2,741.00 | W.C.5D - 04/16/2013 | | | | | 2,741.00 |
| 120700016 | W.C.5D - 04/16/13 | LLD / 22889 | 724.2 | 1.00 / I | | | | | | |
| 14793 | | Yunker, Debra S | 73221-LT | 1,548.00 | W.C.5E - 05/01/2013 | | | | 1,548.00 | |
| 83452 | W.C.5E - 05/01/13 | LLD / 22974 | 719.41 | 1.00 / I | | | | | | |
| 14882 | | Delbarrio, Manuel | 73221-RT | 1,548.00 | W.C.5F - 05/15/2013 | | | | 1,548.00 | |
| 00550051 | W.C.5F - 05/15/13 | LLD / 23127 | 719.41 | 1.00 / I | | | | | | |

| Totals for Carrier W.C.: | BALANCE: 5,234.77 | Ins. UC: 2,353.01 | OVERPD: 1,823.00 | 0.00 | 0.00 | 1,548.00 | 3,096.00 | 4,766.78 |
|---|---|---|---|---|---|---|---|---|

| REPORT TOTALS: | BALANCE: 28,786.85 | Ins. UC: 25,185.53 | OVERPD: 14,348.86 | 6,477.19 | 3,112.43 | 12,017.89 | 6,365.04 | 40,348.69 |
|---|---|---|---|---|---|---|---|---|
| PERCENT OF TOTAL AGED: | | | | 9.48% | 4.56% | 17.59% | 9.32% | 59.06% |

| SYSTEM SUMMARY | |
|---|---|
| Total Aged Receivables: | 68,321.24 |
| Total Overpaid: | -14,348.86 |
| Total Insurance UC: | -25,185.53 |
| Total Insurance A/R: | 28,786.85 |

B6D (Official Form 6D) (12/07)

In re  Elk Grove MRI, Inc.                                    ,            Case No. _____
                    Debtor                                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Chartered Bank<br>20 N. Martingale Road, Suite 600<br>Schaumburg, IL 60173 | | | Incurred: 1999 and subsequent<br>Lien: Security Interest/UCC financing statement<br>Security: Substantially all assets<br><br>VALUE $          0.00 | | | | 131,518.75 | 131,518.75 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

|  |  |
|---|---|
| Subtotal ➤ (Total of this page) | $ 131,518.75 | $ 131,518.75 |
| Total ➤ (Use only on last page) | $ 131,518.75 | $ 131,518.75 |

    0    continuation sheets attached

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

**B6E (Official Form 6E) (04/13)**

In re Elk Grove MRI, Inc. _____,   Case No._____
                    Debtor                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re ___Elk Grove MRI, Inc._____,    Case No._____
                          Debtor                                                    (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-303Y-*****

_1_ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re Elk Grove MRI, Inc. _____ ,     Case No. _____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Illinois Department of Revenue Bankruptcy Unit Level 7-425 100 Randolph Street Chicago, Illinois 60601 | | | Incurred: Notice Only | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service Post Office Box 21126 Philadelphia, PA 19114-0326 | | | Incurred: Notice Only | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▸ (Totals of this page)  |  $ 0.00  |  $ 0.00  |  $ 0.00

Total ▸
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)  |  $ 0.00

Totals ▸
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  |  $  |  $ 0.00  |  $ 0.00

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-J02Y-*****

B6F (Official Form 6F) (12/07)

In re   Elk Grove MRI, Inc.                    ,      Case No. _____
_____Debtor_____                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheets provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advanced Imaging Specialists<br>5320 W. Devon Ave<br>Chciago, Il 60646 | | | Consideration: trade | | | | 2,342.24 |
| ACCOUNT NO.<br>Alchetec<br>5415 North Sheridan Road, #4201<br>Chicago, IL 60640-7405 | | | Consideration: Trade | | | | 2,490.06 |
| ACCOUNT NO.<br>American College of Radiology<br>1891 Preston White Drive<br>Reston, VA 20191 | | | Consideration: Trade | | | | 8,218.75 |
| ACCOUNT NO.<br>Angelica Textile Services<br>1105 Lakewood Pky<br>Alpharetta GA 30009 | | | Consideration: trade | | | | 3,357.71 |

<div style="writing-mode: vertical">Bankruptcy2013 ©1991-2011, New Hope Software, Inc., ver. 4.7.2-795 - 20931-921Y-******</div>

____13____ continuation sheets attached

Subtotal ▶   $   16,408.76

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Elk Grove MRI, Inc._____,    Case No. _____
_____Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: phone | | | | |
| ATT Long Distance PO Box 5080 Carol Stream, IL 60197-5080 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Professional services | | | | |
| Bellanda & Sargis Law Group, LLP 200 W. Madison Street Chicago, Il 60606-3444 | | | | | | | 8,589.50 |
| ACCOUNT NO.  9399 | | | Consideration: Credit Cards | | | | |
| Capital One Bank (USA) NA PO Box 6492 Carol Stream, IL 60197-6492 | | | | | | | 10,656.68 |
| ACCOUNT NO.  0200 | | | Consideration: Credit Cards | | | | |
| Capital One Bank (USA) NA PO Box 6492 Carol Stream, IL 60197-6492 | | | | | | | 20,172.55 |
| ACCOUNT NO. | | | Consideration: trade | | | | |
| Cardinal Health P.O. Box 70539 Chicagoi, IL  60673-0539 | | | | | | | 316.29 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 20031-303Y-*****

Sheet no. _1_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $    39,735.02

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc.                              ,        Case No. _____
Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Credit Cards | | | | |
| CBeyond 320 Interstate North Pky SE Suite 300 Atlanta GA 30339-2205 | | | | | | | 476.94 |
| ACCOUNT NO. | | | Consideration: Credit Cards | | | | |
| Chase P.O. Box 9001022 Louisville, KY 40290-1022 | | | | | | | 14,545.76 |
| ACCOUNT NO. | | | Consideration: merchandise | | | | |
| Chicago Tigerdirect Stores 2500 N. Elston Avenue Chicago, IL 60647 | | | | | | | 159.39 |
| ACCOUNT NO. | | | | | | | |
| Community Focus 3710 Indian River RD Chesapeake, Va 23523-2908 | | | | | | | 319.50 |
| ACCOUNT NO. | | | | | | | |
| Coverall North America, Inc. 2600 Warrenville Road Suite 200 Downers Grove, Il 60515 | | | | | | | 492.50 |

Sheet no. _2_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      15,994.09

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-795 - 20931-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc. _____,    Case No. _____
                      Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cube Smart 0605 Elk Grove Village /Busse Road Elk Grove Village, Il 60007 | | | Consideration: service | | | | 316.16 |
| ACCOUNT NO. Data Distributing P.O. Box 1443 Santa Cruz, CA 95051 | | | | | | | 731.47 |
| ACCOUNT NO. 7478 De Lage Landen Financial Ser P O 41202 Philadelphia, PA 19101-1602 | | | | | | | 2,988.31 |
| ACCOUNT NO. Dish Network PO Box 94063 Palatine, IL 60095-4063 | | | | | | | 54.00 |
| ACCOUNT NO. Elizabeth Epstein 975 Sandlewood Lake Zurich, IL 60047 | | | | | | | 2,163.74 |

Sheet no. _3_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   6,253.68

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-103Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Elk Grove MRI, Inc.                          ,          Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FEDEX<br>P.O. BOX 94515<br>PALATINE, IL 60094-4515 | | | Consideration: service | | | | 425.60 |
| ACCOUNT NO. 1601<br><br>Michael P. Fergus, DC, DACBR<br>c/o William Fenili<br>305 S. Hale Street<br>Wheaton, IL 60187 | | | Incurred: 2013<br>Consideration: Judgment | | | | 25,658.75 |
| ACCOUNT NO.<br><br>Fort Dearborn Life Insurance Company<br>36788 Eagle Way<br>Chicago, IL 60678 | | | Consideration: insurance | | | | 42.00 |
| ACCOUNT NO.<br><br>Genex<br>440 E Swedesford Road Suite 1000<br>Wayne, Pa 19087 | | | | | | | 10.00 |
| ACCOUNT NO. 9601<br><br>George Kuritza M.D., S.C.<br>c/o Edwin Olson<br>33 N. Dearborn Street, Suite 1300<br>Chicago, IL 60602 | | | Incurred: 3/18/2013<br>Consideration: Judgment | | | | 92,000.00 |

Sheet no. _4_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  118,136.35

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re    Elk Grove MRI, Inc.                                   ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| GREATLAND CORPORATION P.O. BOX 1157 GRAND RAPIDS, MI 49544 | | | | | | | 168.56 |
| **ACCOUNT NO.** | | | | | | | |
| Lou Harris 613 Academy Dr Northbrook, IL 60062 | | | | | | | 105.00 |
| **ACCOUNT NO.** | | | | | | | |
| HITACHI MEDICAL SYSTEMS AMERICA, INC. 1959 SUMMIT COMMERCE PARK TWINSBURG, OH 44087 | | | | | | | 300.00 |
| **ACCOUNT NO.** | | | Consideration: Professional service | | | | |
| Law Offices of Stephen C Hsu 150 S Wacker Dr Suite 2600 Chicago, iLL 60606 | | | | | | | 6,975.00 |
| **ACCOUNT NO.** | | | | | | | |
| Hubbard, Zickgraf & Broadbent, Ltd Certified Radiological Physicists 5322 Davis Stree Skokie, Il 60077 | | | | | | | 1,500.00 |

Sheet no. __5__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $        9,048.56

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-795 - 30931-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc.                              ,        Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ice Mountain Direct P.O BOX 856680 Louisville, KY 40285-6680 | | | | | | | 98.72 |
| ACCOUNT NO. Illinois Audio Productions Inc. 3906 Turner Avenue Plano, IL 60545 | | | | | | | 800.00 |
| ACCOUNT NO. Illinois Business Systems, Inc. 2808 Centre Circle, Suite A Downers Grove, IL 60515 | | | | | | | 509.38 |
| ACCOUNT NO. Kamensky Rubinstein Hochman & Deloiit 7250 North Cicero Avenue, Suite 200 Lincolnwood, IL 60712-1693 | | | Consideration: Credit card debt | | | | 846.25 |
| ACCOUNT NO. Ben Leonard 1002 Chatham Elmhust, IL 60126 | | | Consideration: shareholder loan | | | | 201,269.21 |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $    203,523.56

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-793 - 30931-102Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc._____,          Case No. _____
                        Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ben Leonard 1002 Chatham Elmhust, IL 60126 | | | Consideration: unreimbursed expense | | | | 5,810.92 |
| ACCOUNT NO. Leonard & Company 7234 W. Nortth Avenue Suite 404 Elmwood Park, IL 60707 | | | Consideration: Professional service Accounting (insider) | | | | 26,939.09 |
| ACCOUNT NO. Make A Wish Illinois 640 N. LaSalle Sr Suite 280 Chicago, IL 60654 | | | | | | | 1,925.00 |
| ACCOUNT NO. Market Lab 3027 Momentum Place Chicago, Il 60689-5330 | | | | | | | 251.68 |
| ACCOUNT NO. Medical Arts Press PO Box 37647 Philadelphia, PA 19101-0647 | | | | | | | 115.54 |

Sheet no. _7_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        35,042.23

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Elk Grove MRI, Inc.                              ,            Case No. _____
                    **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Medical Coding & Compliance Solutions 2130 Geer Road, Suite E Turlock, CA  95382 | | | | | | | 297.49 |
| ACCOUNT NO. | | | | | | | |
| Meridian Regional Imaging 2278 Momentum Place Chicago,  IL 60689-5322 | | | | | | | 325.00 |
| ACCOUNT NO. | | | Former Shareholder unfunded 401K liability | | | | |
| Josephine Metz 787 Willow Road Elmhurst, IL 60126 | | | | | | | 4,100.00 |
| ACCOUNT NO. | | | Incurred: | | | | |
| Minuteman Press 1037 West Golf Road Hoffman Estates, IL 60169 | | | | | | | 550.80 |
| ACCOUNT NO. | | | | | | | |
| MRI a Division of Online Radiology 565 Lakeview Pkwy Vernon Hills, IL 60061 | | | | | | | 41,175.55 |

Sheet no.  8   of 13   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   46,448.84

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-303Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc. _____,          Case No. _____
                Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| National Pen Dept 274501 Po Box 55000 Detroit, MI 48255-2745 | | | | | | | 469.90 |
| ACCOUNT NO. | | | Consideration: rent | | | | |
| nd Square Development, LTD 3645 Vantage Lane Glenview, IL 60026 | | | | | | | 26,773.25 |
| ACCOUNT NO. | | | | | | | |
| Nebo Systems, Inc P O Box 636078 Cinncinnati, OH 45263-6078 | | | | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |
| Newmactic Medical 3027 Momentum Place Chicago, Il 60689-5330 | | | | | | | 251.58 |
| ACCOUNT NO. | | | | | | | |
| Office Depot Credit Plan Dept. 56 - 8200570539 P.O. Box 9020 Des Moines, IA  50368-9020 | | | | | | | 520.51 |

Sheet no. 9 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  28,115.24

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc._____,     Case No. _____
               Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Office Max HSBC Business Solutions P.O. BOX 5239 Carol Stream, IL  60197-0000 | | | | | | | 874.30 |
| **ACCOUNT NO.** | | | | | | | |
| OnLine Data Corp. 26707 W AGOURA RD CALABASAS, CA 91302 | | | | | | | 264.70 |
| **ACCOUNT NO.** | | | Consideration: Credit card debt | | | | |
| Personnel Concepts P.O. Box 9003 San Dimas, CA  91773 | | | | | | | 146.59 |
| **ACCOUNT NO.** | | | Postal Meter returned | | | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES POBOX 371887 PITTSBURGH, PA 15250-7887 | | | | | | | 218.00 |
| **ACCOUNT NO.** | | | Consideration: lease Postage meter returned | | | | |
| Pitney Bowes Purchase Power PO BOX 856042 Louisville, KY 40285-6042 | | | | | | | 2,777.84 |
|  |  |  |  |  |  | Subtotal▸ | $ 4,281.43 |
|  |  |  |  |  |  | Total▸ | $ |

Sheet no. _10_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-303Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re ___Elk Grove MRI, Inc._____,    Case No. _____
　　　　　　　　　　　Debtor                                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Precision Diagnostic Systems, Inc.<br>2N353 Landrose<br>Maple Park, IL  60151 | | | | | | | 1,224.30 |
| ACCOUNT NO.<br>Premium Assignment Corporation<br>PO BOX 3100<br>TALLAHASSEE, FL 32315-3100 | | | | | | | 2,212.84 |
| ACCOUNT NO.  6090<br>QBF Graphics Group<br>18650 Graphics Court<br>Tinley Park, IL  60477 | | | Incurred: 2013<br>Consideration: Account receivable complaint filed in August, 2013 | | | | 5,340.00 |
| ACCOUNT NO.<br>Ray-Tech<br>420 Harvester Court<br>Wheeling, IL 60090 | | | | | | | 962.54 |
| ACCOUNT NO.<br>SAM'S CLUB<br>P.O. Box 530981<br>Atlanta GA 30353-0981 | | | Incurred: `<br>Consideration: Credit card debt | | | | 12,230.50 |

<div style="writing-mode: vertical">Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-795 - 30931-302Y-*****</div>

Sheet no. __11__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    21,970.18

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc. _____,   Case No. _____
                 **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SEP Elk Grove, LLC c/o Stage Equity Partners, LLC 5215 Old Orchard Road, Suite 625 Skokie, Il 60077 | | | Consideration: Credit card debt | | | | 11,007.96 |
| ACCOUNT NO. Shred-it 115 W. Lake Drive, Suite 200 Glendale Heights, IL  60139 | | | Consideration: Credit card debt | | | | 49,372.00 |
| ACCOUNT NO. SourceOne Healthcare Technologies P.O. Box 8004 Mentor, OH  44061-8004 | | | Consideration: Credit card debt | | | | 493.72 |
| ACCOUNT NO. Sprint PO Box 4191 Carol Stream, IL 60197-4191 | | | Consideration: Cell Phone | | | | 575.61 |
| ACCOUNT NO. Staples Dept Det Pobox 83689 Chicago, Il 60696-3689 | | | | | | | Unknown |

Sheet no. 12 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 61,449.29

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankrupcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-795 - 10931-102Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Elk Grove MRI, Inc. _____ ,      Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. State Farm Insurance and Casualty Co. Insurance Support Center P.O. Box 68001 Dallas, Tx 75368-001 | | | Consideration: Credit card debt | | | | 1,151.91 |
| ACCOUNT NO. Stericycle P.O. Box 9001588 Louisville, IL 40290-1588 | | | Consideration: Credit card debt | | | | 230.66 |
| ACCOUNT NO. Tammy Finch Web Services, Inc. PO Box 2909 East Peoria, IL 61611 | | | Consideration: Credit Cards | | | | 350.00 |
| ACCOUNT NO. Vitera 4301 West Boy Scout Blvd Ste 800 Tampa, Fl 33607 | | | Consideration: Software - was Sage | | | | 2,074.46 |
| ACCOUNT NO. Yellow Pages - Web USY P.O. Box 3110 Jersey City, NJ 07303-3110 | | | | | | | 1,950.00 |
| | | | | | | Subtotal▶ | $ 5,757.03 |
| | | | | | | Total▶ | $ 612,164.26 |

Sheet no. 13 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-795 - 30931-302Y-*****

B6G (Official Form 6G) (12/07)

In re  Elk Grove MRI, Inc.                                          Case No. _____
                    Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-303Y-*****

B6H (Official Form 6H) (12/07)

In re  Elk Grove MRI, Inc.                          Case No. _____
_____
          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bernard M. Leonard<br>1002 Chatham Avenue<br>Elmhurst, Illinois | American Chartered Bank<br>20 N. Martingale Road, Suite 600<br>Schaumburg, IL 60173 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-793 - 30931-303Y-*****

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Elk Grove MRI, Inc.

Debtor

Case No. _____

Chapter   7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    0.00 | | |
| B – Personal Property | YES | 3 | $    0.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  131,518.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $  612,164.26 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $    0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $    0.00 |
| TOTAL | | 25 | $    0.00 | $  743,683.01 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 20931-302V-*****

# United States Bankruptcy Court
### Northern District of Illinois

In re     Elk Grove MRI, Inc.                                Case No. _____
                        Debtor

                                                            Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $   N.A. |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

B6 (Official Form 6 – Declaration) (12/07)

In re __Elk Grove MRI, Inc._____   Case No. _____
                **Debtor**                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                      Debtor

Date _____   Signature: _____
                                                  (Joint Debtor, if any)

                                                [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,   Social Security No.
of Bankruptcy Petition Preparer   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____   _____
    Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Elk Grove MRI, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 28, 2013_____   Signature: _____

                                             **BERNARD LEONARD**
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-795 - 30931-302Y-*****

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re  Elk Grove MRI, Inc.                                                    Case No. _____
                                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| | AMOUNT | SOURCE |
|---|---|---|
| 2013 | 500000 | Ordinary course of business |
| 2012 | 950000 | |
| 2011 | 992548 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-793 - 30931-303YC-*****

B7 (Official Form 7) (04/13)                                                                          2

**2.  Income other than from employment or operation of business**

None
☒
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3.  Payments to creditors**

None
☒
*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☐
*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|
| CBeyond | 7/17/2013 | 700 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-303Y-*****

B7 (Official Form 7) (04/13)                                                                    3

---

None

☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13
must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CONFIRM NONE IN PAST YEAR | | | |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year
☐    immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Fergus v. Elk Grove MRI 13 M3 1601 | Breach of Contract | Rolling Meadows, IL | Pending |
| QBF v. Elk Grove MRI 13 M1 146090 | Law Suit | Circuit Court Chicago | Pending |

---

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒    within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                           4

---

**5.   Repossessions, foreclosures and returns**

None    ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6.   Assignments and Receiverships**

None    ☒    a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None    ☒    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7.   Gifts**

None    ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver 4 7.2-795 - 30931-303Y-*****

B7 (Official Form 7) (04/13)                                                                                                    5

---

**8.  Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
          or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
          spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐        attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
          petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David Leibowitz<br>Lakelaw<br>420 West Clayton Street<br>Waukegan, IL 60085 | October 28, 2013<br>Payor: Bernard M. Leonard | $3,000 plus $306 filing fee |

---

**10.  Other transfers**

None      a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐        affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
          commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
          either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
          is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Modal Diagnostics, Inc.<br>16781 Chagrin Blvd<br>Suite 195<br>Cleveland, Ohio 44120<br>Relationship: None | July, 2013 | Hitachi Airis II Open MRI machine<br>$77,000<br>All paid to secured party<br>American Chartered Bank |
| Neighbors in office suite<br>Relationship: None | July 2013 | Miscellaneous chairs, office furniture<br>no significant value<br>given away |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

B7 (Official Form 7) (04/13)                                                                                                     6

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 10931-103Y-*****

B7 (Official Form 7) (04/13)                                                                                    7

---

**14.  Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

---

**15.  Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

**16.  Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None ☒

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-793 - 30931-303Y-*****

B7 (Official Form 7) (04/13)                                                                                                           8

---

**b.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

**c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☐

**a.** If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Elk Grove MRI, Inc. | 36-4266334 | 901 Biesterfield Rd., Suite 110 Elk Grove Village, IL 600076 | Medical Imaging | 1998-2013 |

---

**b.** Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - .10931-303Y-*****

B7 (Official Form 7) (04/13)                                                                                    9

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐            bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Leonard & Company                                  1998-2013
7234 W North Avenue
Suite 404
Elmwood Park, IL 60707

---

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒            case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                 DATES SERVICES RENDERED

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐            books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS

Leonard & Company           7234 W North Avenue
                            Suite 404
                            Elmwood Park, IL 60707

B7 (Official Form 7) (04/13)                                                                                      10

---

| None | | |
|------|---|---|
| ☐ | d. | List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor. |

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Leonard & Company<br>7234 W North Avenue<br>Suite 404<br>Elmwood Park, IL 60707 | annually |

---

**20. Inventories**

| None | | |
|------|---|---|
| ☒ | a. | List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

---

| None | | |
|------|---|---|
| ☒ | b. | List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

**21. Current Partners, Officers, Directors and Shareholders**

| None | | |
|------|---|---|
| ☒ | a. | If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

---

| None | | |
|------|---|---|
| ☐ | b. | If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Ben Leonard<br>1002 Chatham Avenue<br>Elmhurst, IL 60126 | President/Director | 88 |
| Steven Leonard<br><br>Mesa Arizona | VP/Director | 12%<br>(inactive) |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-795 - 10931-303Y-*****

B7 (Official Form 7) (04/13)                                                                                    11

---

**22. Former partners, officers, directors and shareholders**

None   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒        immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

---

None   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☐        terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Josephine Metz<br>787 Willow Road<br>Elmhurst, IL 60126 | no title - was bought<br>out in 2012 | 2012 (corporation paid<br>$90,000) |

---

**23. Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒         insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
          perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF<br>RECIPIENT, RELATIONSHIP<br>TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒         corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
          within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒         fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
          period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

. . . . . .

B7 (Official Form 7) (04/13)                                                                                                     12

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _October 28, 2013_                    Signature  _____

                                                        BERNARD LEONARD,
                                            President  _____
                                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                                    _0_  continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3)
if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers,
I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as
required in that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or
partner who signs this document.*

_____
_____
Address

X_____                    _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-795 - 30931-302Y-*****

Advanced Imaging Specialists
5320 W. Devon Ave
Chciago, Il 60646


Alchetec
5415 North Sheridan Road, #4201
Chicago, IL  60640-7405


American Chartered Bank
20 N. Martingale Road, Suite 600
Schaumburg, IL 60173


American College of Radiology
1891 Preston White Drive
Reston, VA  20191


Angelica Textile Services
1105 Lakewood Pky
Alpharetta GA 30009


ATT Long Distance
PO Box 5080
Carol Stream, IL 60197-5080


Bellanda & Sargis Law Group, LLP
200 W. Madison Street
Chicago, Il 60606-3444


Bernard M. Leonard
1002 Chatham Avenue
Elmhurst, Illinois


Capital One Bank (USA) NA
PO Box 6492
Carol Stream, IL 60197-6492

Cardinal Health
P.O. Box 70539
Chicagoi,   IL  60673-0539


CBeyond
320 Interstate North Pky SE
Suite 300
Atlanta GA 30339-2205


Chase
P.O. Box 9001022
Louisville, KY 40290-1022


Chicago Tigerdirect Stores
2500 N. Elston Avenue
Chicago, IL 60647


Community Focus
3710 Indian River  RD
Chesapeake, Va 23523-2908


Coverall North America, Inc.
2600 Warrenville Road
Suite 200
Downers Grove, Il 60515


Cube Smart
0605 Elk Grove Village /Busse Road
Elk Grove Village, Il 60007


Data Distributing
P.O. Box 1443
Santa Cruz, CA  95051

De Lage Landen Financial Ser
P O  41202
Philadelphia, PA 19101-1602


Dish Network
PO Box 94063
Palatine, IL 60095-4063


Elizabeth Epstein
975 Sandlewood
Lake Zurich, IL  60047


FEDEX
P.O. BOX 94515
PALATINE, IL  60094-4515


Michael P. Fergus, DC, DACBR
c/o William Fenili
305 S. Hale Street
Wheaton, IL 60187


Fort Dearborn Life Insurance Company
36788 Eagle Way
Chicago, IL  60678


Genex
440 E Swedesford Road Suite 1000
Wayne, Pa  19087


George Kuritza M.D., S.C.
c/o Edwin Olson
33 N. Dearborn Street, Suite 1300
Chicago, IL 60602

GREATLAND CORPORATION
P.O. BOX 1157
GRAND RAPIDS, MI  49544


Lou Harris
613 Academy Dr
Northbrook, IL 60062


HITACHI MEDICAL SYSTEMS AMERICA, INC.
1959 SUMMIT COMMERCE PARK
TWINSBURG, OH  44087


Law Offices of Stephen C Hsu
150 S Wacker Dr Suite 2600
Chicago, iLL 60606


Hubbard, Zickgraf & Broadbent, Ltd
Certified Radiological Physicists
5322 Davis Stree
Skokie, Il 60077


Ice Mountain Direct
P.O BOX 856680
Louisville, KY 40285-6680


Illinois Audio Productions Inc.
3906 Turner Avenue
Plano, IL  60545


Illinois Business Systems, Inc.
2808 Centre Circle, Suite A
Downers Grove, IL  60515

Illinois Department of Revenue
Bankruptcy Unit Level 7-425
100 Randolph Street
Chicago, Illinois 60601


Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326


Kamensky Rubinstein Hochman & Deloiit
7250 North Cicero Avenue, Suite 200
Lincolnwood, IL  60712-1693


Ben Leonard
1002 Chatham
Elmhust, IL 60126


Leonard & Company
7234 W. Nortth Avenue
Suite 404
Elmwood Park, IL 60707


Make A Wish Illinois
640 N. LaSalle Sr
Suite 280
Chicago, IL 60654


Market  Lab
3027 Momentum Place
Chicago, Il 60689-5330


Medical Arts Press
PO Box 37647
Philadelphia, PA 19101-0647


Medical Coding & Compliance Solutions
2130 Geer Road, Suite E
Turlock, CA  95382

Meridian Regional Imaging
2278 Momentum Place
Chicago,   IL 60689-5322


Josephine Metz
787 Willow Road
Elmhurst, IL 60126


Minuteman Press
1037 West Golf Road
Hoffman Estates, IL 60169


MRI a Division of Online Radiology
565 Lakeview Pkwy
Vernon Hills, IL 60061


National Pen
Dept 274501
Po Box 55000
Detroit, MI 48255-2745


nd Square Development, LTD
3645 Vantage Lane
Glenview, IL   60026


Nebo Systems, Inc
P O Box 636078
Cinncinnati, OH 45263-6078


Newmactic Medical
3027 Momentum Place
Chicago, Il 60689-5330

Office Depot Credit Plan
Dept. 56 - 8200570539
P.O. Box 9020
Des Moines, IA   50368-9020


Office Max
HSBC Business Solutions
P.O. BOX 5239
Carol Stream, IL  60197-0000


OnLine Data Corp.
26707 W AGOURA RD
CALABASAS, CA 91302


Personnel Concepts
P.O. Box 9003
San Dimas, CA   91773


PITNEY BOWES GLOBAL FINANCIAL SERVICES
POBOX 371887
PITTSBURGH, PA 15250-7887


Pitney Bowes Purchase Power
PO BOX 856042
Louisville, KY 40285-6042


Precision Diagnostic Systems, Inc.
2N353 Landrose
Maple Park, IL   60151


Premium Assignment Corporation
PO BOX 3100
TALLAHASSEE, FL 32315-3100

QBF Graphics Group
18650 Graphics Court
Tinley Park, IL  60477


Ray-Tech
420 Harvester Court
Wheeling, IL 60090


SAM'S CLUB
P.O. Box 530981
Atlanta GA 30353-0981


SEP Elk Grove, LLC
c/o Stage Equity Partners, LLC
5215 Old Orchard Road, Suite 625
Skokie, Il 60077


Shred-it
115 W. Lake Drive, Suite 200
Glendale Heights, IL  60139


SourceOne Healthcare Technologies
P.O. Box 8004
Mentor, OH  44061-8004


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Staples
Dept Det
Pobox 83689
Chicago, Il 60696-3689

State Farm Insurance and Casualty Co.
Insurance Support Center
P.O. Box 68001
Dallas, Tx 75368-001


Stericycle
P.O. Box 9001588
Louisville, IL  40290-1588


Tammy Finch Web Services, Inc.
PO Box 2909
East Peoria, IL 61611


Vitera
4301 West Boy Scout Blvd
Ste 800
Tampa, Fl 33607


Yellow Pages - Web
USY
P.O. Box 3110
Jersey City, NJ 07303-3110

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re  Elk Grove MRI, Inc.

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................. $ ___3,000.00___

Prior to the filing of this statement I have received .................................... $ ___3,000.00___

Balance Due .............................................................................................. $ _____0.00_____

2.   The source of compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:
   ☐ Debtor        ☑ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   Source of compensation is Debtor's principal as Debtor's assets are
   subject (a) to UCC lien and (b) Citation to Discover Assets

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Representation in adversary and contested matters.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver. 4.7.2-793 - 30931-302Y-*****

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

October 28, 2013
_____
Date

_____
Signature of Attorney

Lakelaw
_____
Name of law firm